# Court of Appeals
# of the State of Georgia

ATLANTA,   May 21, 2014

*The Court of Appeals hereby passes the following order:*

## A14D0345. MENSHACK JAH NYEPAH v. DABNEY KENTNER.

On February 17, 2014, the trial court entered an order denying Menshack Nyepah's motion for out-of-time appeal. On April 21, 2014, Nyepah filed this application for discretionary appeal.[1] The respondent has filed a motion to dismiss the application as untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). This application, filed 63 days after entry of the order to be appealed, is untimely. Accordingly, the respondent's motion to dismiss is GRANTED, and this application is hereby DISMISSED for lack of jurisdiction.

---

[1] Although Nyepah attempted to file the application earlier, we could not accept it for filing at that time because, among other deficiencies, Nyepah failed to include the requisite filing fee or a pauper's affidavit. See Court of Appeals Rule 31 (d); OCGA § 5-6-4 ("The clerk is prohibited from receiving the application for appeal or the brief of the appellant unless the costs have been paid or a sufficient affidavit of indigence is filed and contained in the record.").



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 05/21/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*